UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL MCCAIN, and SOUTHERN ELECTRICAL RETIREMENT FUND, | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 3:23-cv-00135 |
| v. | ) ) *Judge Aleta A. Trauger* |
| CHRISTINA GILES, and KYLIE RYANN GILES, | ) ) ) |
| Defendants. | ) |

## MOTION TO ENTER FINAL ORDER

Michael McCain ("Trustee") and Southern Electrical Retirement Fund ("SERF") move the Court to enter a final order which would constitute the final judgment in this matter. This civil action seeks a judicial determination about a pre-retirement death benefit payable to either Christina Giles or Kylie Ryann Giles. Those parties have resolved their claims for the pre-retirement death benefit, and the resolution is attached as **Exhibit A**.

The Court is therefore requested to enter a final order encompassing the settlement agreement between Christina Giles and Kylie Ryann Giles and for convenience of the Court a suggested form of a final order is submitted herewith.

Respectfully submitted,

 */s/ R. Jan Jennings*
R. Jan Jennings, BPR No. 1536
Michael C. Iadevaia, NY BPR No. 5783295
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa L. Parks Avenue, Ste. 200
Nashville, TN 37203
Tel. (615) 254-8801
Email: janj@bsjfirm.com
Email: michaeli@bsjfirm.com

1

4895-1220-4813, v. 1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served via first-class U.S. Mail, postage pre-paid to:

    Christina Giles                    Kylie Ryann Giles
    16317 Monthaven Park Place    2512 Kingston Highway
    Hendersonville, Tennessee 37075    Kingston, Tennessee 37763

This 6th day of March 2023.

                                               */s/ R. Jan Jennings*
                                               R. Jan Jennings