Motion GRANTED.

*[signature: Aleta A. Trauger]*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL MCCAIN, and SOUTHERN ELECTRICAL RETIREMENT FUND,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHRISTINA GILES, and KYLIE RYANN GILES,<br><br>　　　　Defendants. | Civil Action No. 3:23-cv-00135<br><br>Judge Aleta A. Trauger |

## MOTION TO ENTER FINAL ORDER

Michael McCain ("Trustee") and Southern Electrical Retirement Fund ("SERF") move the Court to enter a final order which would constitute the final judgment in this matter. This civil action seeks a judicial determination about a pre-retirement death benefit payable to either Christina Giles or Kylie Ryann Giles. Those parties have resolved their claims for the pre-retirement death benefit, and the resolution is attached as **Exhibit A**.

The Court is therefore requested to enter a final order encompassing the settlement agreement between Christina Giles and Kylie Ryann Giles and for convenience of the Court a suggested form of a final order is submitted herewith.

Respectfully submitted,

　*/s/ R. Jan Jennings*
R. Jan Jennings, BPR No. 1536
Michael C. Iadevaia, NY BPR No. 5783295
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa L. Parks Avenue, Ste. 200
Nashville, TN   37203
Tel. (615) 254-8801
Email: janj@bsjfirm.com
Email: michaeli@bsjfirm.com