UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL MCCAIN; and SOUTHERN ELECTRICAL RETIREMENT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINA GILES, and KYLIE RYANN GILES,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 3:23-cv-00135<br>)<br>)  Judge Aleta A. Trauger<br>)<br>)<br>) |

## ORDER

Michael McCain ("Trustee") and the Southern Electrical Retirement Fund ("SERF") brought this interpleader and declaratory action against Christina Giles and Kylie Ryann Giles for a judicial determination of their possible entitlement to the pre-retirement death benefit of Kurt Ryan Giles. Trustee and SERF have moved the Court to enter a final order because Christina Giles and Kylie Ryann Giles have settled their claims for the pre-retirement death benefit so that eighty percent (80%) of the pre-retirement death benefit is payable to Kylie Ryann Giles [SS No. XXX-XX-9499], and twenty percent (20%) of the pre-retirement death benefit is paid to Christina Giles [SS No.XXX-XX-6031].

Accordingly, the Court finds and declares that the pre-retirement death benefit of Kurt Ryan Giles is payable, eighty percent (80%) to Kylie Ryann Giles, and twenty percent (20%) to Christina Giles.

It is so ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE

APROVED FOR ENTRY:
/s/ R. Jan Jennings
R. Jan Jennings, BPR No. 1536
Michael C. Iadevaia, NY BPR No. 5783295 BRANSTETTER,
STRANCH & JENNINGS, PLLC 223 Rosa L. Parks Avenue, Ste. 200 Nashville, TN 37203
Tel. (615) 254-8801
Email: janj@bsjfirm.com
Email: michaeli@bsjfirm.com
Attorneys for Trustee and Plaintiff Fund